Robert J. Nelson (State Bar No. 132797)
rnelson@lchb.com
Nimish R. Desai (State Bar No. 244953)
ndesai@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

*Attorneys for Relator*

Rhonda R. Trotter (State Bar No. 169241)
Email address:  rhonda.trotter@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

*Attorney for Defendant Allergan, Inc.*

[Additional counsel listed on signature page]

## U.S. DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES ex rel. TERRENCE BARRETT, and on behalf of various States,<br><br>        Plaintiff,<br><br>v.<br><br>ALLERGAN, INC.,<br><br>        Defendant. | Case No. 8:18-CV-00203-JVS (KESx)<br><br>**JOINT STIPULATION AND REQUEST TO STAY CASE PENDING FINALIZATION OF SETTLEMENT**<br><br>Judge:   Hon. James V. Selna |

1    Plaintiff-Relator Terrence Barrett ("Relator") and Defendant Allergan, Inc.

2  ("Allergan") (together, the "Parties") respectfully submit this joint stipulation and

3  request to stay this case pending finalization of a settlement in principle that the

4  Parties have reached.

5    1.    On February 6, 2018, Relator filed the present *qui tam* action (the

6  "Action") in the United States District Court for the Central District of California

7  alleging violations of the *qui tam* provisions of the federal False Claims Act, 31

8  U.S.C. § 3730(b), and various state false claims acts [Dkt. 1].

9    2.    On August 22, 2018, Relator filed a First Amended Complaint [Dkt.

10  15].  On October 24, 2018, the United States declined to intervene in the Action

11  [Dkt. 17], and on November 1, 2018, the Court ordered that the seal be lifted and

12  the First Amended Complaint be served on Allergan [Dkt. 18].  On March 29,

13  2019, Relator filed the operative Second Amended Complaint [Dkt. 29].

14    3.    Pursuant to this Court's scheduling orders dated June 23, 2020 [Dkt.

15  68], March 11, 2021 [Dkt. 104], September 21, 2021 [Dkt. 125] and December 13,

16  2021 [Dkt. 155], fact discovery in the Action closed on November 24, 2021, expert

17  discovery was set to close on February 28, 2022, and dispositive motions were

18  required to be filed on or before March 28, 2022.

19    4.    Prior to the expert discovery deadline and the depositions of any of the

20  Parties' experts, however, the Parties reached an agreement in principle resolving

21  the case in its entirety (the "Settlement").

22    5.    Because the Parties anticipated that it would take some time to prepare

23  the necessary written agreement memorializing the terms of the Settlement, obtain

24  the necessary approval of the relevant governmental authorities and prepare a

25  stipulation of dismissal of the case, the Parties sought two prior 60-day stays and

26  one 30-day stay of the case in order to facilitate completion of the Settlement and

27  preserve the *status quo* of the Action.

28

6.     Since the most recent stay was granted on June 29, 2022, the Parties have continued to make significant progress, including the conclusion on August 1, 2022 of discussions between Allergan and a federal Government agency separate from the Department of Justice about the proposed settlement.  The Parties also negotiated edits to the Agreement to address feedback from attorneys from the Department of Justice in Washington, D.C. and the U.S. Attorney's Office for the Central District of California and, on August 3, 2022, shared a near-final version of the Settlement Agreement with those attorneys to secure final approval and consent for the settlement.

7.     Therefore, the Parties seek an additional 30-day stay of the case so they can continue working diligently to finalize the terms of the Settlement.  A stay of the case is in the interests of judicial economy, and also is necessary to preserve and marshal the resources of the Parties and provide for the orderly, efficient and just conduct of this case.  For these reasons, a stay is justified under the totality of the circumstances of the Action.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, subject to Court approval, that the Action is stayed for an additional thirty (30) days until September 6, 2022 in order to enable the parties to finalize the Settlement and file the stipulation of dismissal.

|    |    |    |
|----|----|----|
| 1  |    | Respectfully submitted, |
| 2  | Dated: August 3, 2022 | ARNOLD & PORTER KAYE SCHOLER LLP |
| 3  |    |    |
| 4  |    | By: _/s/ Paula Ramer_____ |

Rhonda R. Trotter (State Bar No. 169241)
rhonda.trotter@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Michael A. Rogoff (admitted *pro hac vice*)
michael.rogoff@arnoldporter.com
Paula R. Ramer (admitted *pro hac vice*)
paula.ramer@arnoldporter.com
ARNOLD & PORTER KAYE
     SCHOLER LLP
250 West 55th Street
New York, NY 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

Jeffrey L. Handwerker (admitted *pro hac vice*)
jeffrey.handwerker@arnoldporter.com
Christian D. Sheehan (admitted *pro hac vice*)
christian.sheehan@arnoldporter.com
ARNOLD & PORTER KAYE
     SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

*Attorneys for Defendant Allergan, Inc.*

Dated: August 3, 2022

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP

By: _/s/ Nimish R. Desai_____

Robert J. Nelson (State Bar No. 132797)
rnelson@lchb.com
Nimish R. Desai (State Bar No. 244953)
ndesai@lchb.com
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339

Telephone:  415.956.1000
Facsimile:  415.956.1008

Rachel Geman (admitted pro hac vice)
rgeman@lchb.com
Katherine McBride (admitted pro hac vice)
kmcbride@lchb.com
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone:  212-355-9500
Facsimile:  212-355-9592

Attorneys for Relator

## **LOCAL RULE 5-4.3.4 ATTESTATION**

I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

By: */s/ Paula Ramer*
Paula Ramer