1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES ex rel. TERRENCE BARRETT,

                    Plaintiff,

v.

ALLERGAN, INC.,

                    Defendant.

Case No. 8:18-CV-00203-JVS (KESx)

**ORDER TO STAY CASE PENDING FINALIZATION OF SETTLEMENT [163]**

Judge:    Hon. James V. Selna

Pursuant to the Joint Stipulation and Request to Stay this Action pending finalization of a settlement in principle that the Parties have reached, and for good cause shown, the Court ORDERS that the Action is stayed for an additional thirty (30) days until September 6, 2022.

**IT IS SO ORDERED.**

Dated: August 04, 2022

_____
Hon. James V. Selna
United States District Judge