Robert J. Nelson (State Bar No. 132797)
rnelson@lchb.com
Nimish R. Desai (State Bar No. 244953)
ndesai@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for Relator*

Rhonda R. Trotter (State Bar No. 169241)
Email address: rhonda.trotter@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

*Attorney for Defendant Allergan, Inc.*

[Additional counsel listed on signature page]

U.S. DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES ex rel. TERRENCE BARRETT, and on behalf of various States,

Plaintiff,

v.

ALLERGAN, INC.,

Defendant.

Case No. 8:18-CV-00203-JVS (KESx)

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Judge: Hon. James V. Selna

Plaintiff-Relator Terrence Barrett ("Relator") and Defendant Allergan, Inc. ("Allergan") (together, the "Parties") jointly file this Stipulation of Dismissal with Prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the terms of the Parties' Settlement Agreement effective December 19, 2022 (the "Settlement Agreement"). The dismissal shall be with prejudice as to Relator for all claims against Defendant, including any claim for attorneys' fees and expenses under 31 U.S.C. § 3730(d); and without prejudice to the United States or the states of California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Montana, Nevada, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Vermont, Virginia and Washington, and the District of Columbia (the "States").

Undersigned counsel for Relator has been authorized to represent that, pursuant to 31 U.S.C. § 3730(b)(1) and the corresponding state false claims statutes, the United States and the States consent to this dismissal.

The Court shall retain jurisdiction of this action for purposes of enforcing the Settlement Agreement.

Respectfully submitted,

Dated: September 13, 2023

ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ Paula Ramer*

Rhonda R. Trotter (State Bar No. 169241)
rhonda.trotter@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Michael A. Rogoff (admitted *pro hac vice*)
michael.rogoff@arnoldporter.com

Paula R. Ramer (admitted *pro hac vice*)
paula.ramer@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

Jeffrey L. Handwerker (admitted *pro hac vice*)
jeffrey.handwerker@arnoldporter.com
Christian D. Sheehan (admitted *pro hac vice*)
christian.sheehan@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

*Attorneys for Defendant Allergan, Inc.*

Dated: September 13, 2023

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: */s/ Nimish Desai*

Robert J. Nelson (State Bar No. 132797)
rnelson@lchb.com
Nimish R. Desai (State Bar No. 244953)
ndesai@lchb.com
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Rachel Geman (admitted pro hac vice)
rgeman@lchb.com
Katherine McBride (admitted pro hac vice)
kmcbride@lchb.com
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: 212-355-9500
Facsimile: 212-355-9592

*Attorneys for Relator*

**LOCAL RULE 5-4.3.4 ATTESTATION**

I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

By: */s/ Paula Ramer*
Paula Ramer