# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES ex rel. TERRENCE BARRETT, and on behalf of various States,<br><br>Plaintiff,<br><br>v.<br><br>ALLERGAN, INC.,<br><br>Defendant. | Case No. 8:18-CV-00203-JVS (KESx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE [196]**<br><br>Judge:   Hon. James V. Selna |

Pursuant to the Joint Stipulation of Dismissal with Prejudice, the Court ORDERS that this Action is dismissed with prejudice as to Relator with regard to all claims against Defendant, including any claim for attorneys' fees and expenses under 31 U.S.C. § 3730(d); and without prejudice to the United States or the states of California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Montana, Nevada, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Vermont, Virginia and Washington, and the District of Columbia.

**IT IS SO ORDERED.**

Dated: September 14, 2023

_____
Hon. James V. Selna
United States District Judge